**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **JUANA MARTINEZ, STEPHANIE ESCOBAR,** | § | |
| *Plaintiffs* | § | 6-19-CV-00031-ADA |
| | § | |
| **-vs-** | § | |
| | § | |
| **UNITED STATES OF AMERICA,** | § | |
| *Defendant* | § | |

**ORDER DISMISSING CASE**

Before the Court is the parties' Joint Stipulation of Dismissal. ECF No. 17. After reviewing the motion, the Court is of the opinion that the Motion should be GRANTED.

**IT IS THEREFORE ORDERED** that the parties Joint Stipulation of Dismissal is **GRANTED**.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

**SIGNED** this 16th day of December 2019.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE